# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

KENNA BUNDY,

    Plaintiff(s)

vs.   Case Number: Case No. 25-cv-850-SLP

SHERIFF OF GARVIN COUNTY,

    Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1., which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

TURN KEY HEALTH CLINICS, LLC
[name of party]

who is a (check one)  ☐ PLAINTIFF   ☑ DEFENDANT   in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

   (Check one)  ☐ YES   ☑ NO

2. **Does party have any parent corporations?**

   (Check one)  ☑ YES   ☐ NO

   If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

   TK Health Holdings, LLC (a Delaware limited liability company) and TCSCFI TK, LLC (a Delaware limited liability company) are the parent corporations of Turn Key Health Clinics, LLC

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

   (Check one)  ☐ YES   ☑ NO

   If YES, identify all such owners:

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

    (Check one)  ☐ YES  ☑ NO

    If YES, identify entity and nature of interest:

5. **Is party a trade association?**

    (Check one)  ☐ YES  ☑ NO

    If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this 28 day of August, 2025.

| | |
|---|---|
| S/Erica R. Mackey | |
| Signature | |
| Erica Mackey | 32057 |
| Printed Name | Bar Number |
| Johnson Hanan Vosler Hawthorne & Snider | |
| Firm Name | |
| 9801 N. Broadway Ext. | |
| Address | |
| Oklahoma City | OK   73114 |
| City | State   ZIP |
| 405-232-6100 | 405-232-6105 |
| | Fax |
| emackey@johnsonhanan.com | |
| Email Address | |

## CERTIFICATE OF SERVICE

      I hereby certify that on the 28 day of August 2025, I electronically transmitted the attached document to the Clerk of Court using the ECF System. Based on the records currently on file in this case, the Clerk of Court will transmit a Notice of Electronic Filing to those registered participants of the ECF System.

                                                      */s/Erica R. Mackey*
                                                      Erica R. Mackey